## Commonwealth v. Butcher, Appellant.

Before KENT,

J.

Argued September 12, 1975. *Lawrence E. Wood*, with him *John R. Merrick*, Public Defender, for appellant; *Timothy H. Knauer*, Assistant District Attorney, with him *Vincent M. Dadamo*, Assistant District Attorney, and *William H. Lamb*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.